445 A.2d 230

Commonwealth v. Gray, Appellant.

Submitted April 14, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

Affirmed.

445 A.2d 231

Commonwealth v. Hamm, Jr., Appellant.

Commonwealth v. Hamm, Appellant.

Submitted February 25, 1981. Marsha V. Mills, Public Defender, for appellants; W. Marshall Dawsey, District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The order of July 8, 1980, is affirmed.